FILED ☒ LODGED ___
RECEIVED ___ COPY ___

MAR 3 0 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE Mortgage Electronic Registration Systems (MERS) Litigation | MDL DOCKET NO. 09-2119-JAT |
| | **ORDER** |
| This Order Applies to: | |
| CV 10-786-PHX-JAT | |

In its March 24, 2011 Order (Doc. 1353) interpreting the Judicial Panel of Multidistrict Litigation's conditional transfer and simultaneous separation and remand of tag-along case *Beebe v. National Default Servicing Corporation, et al.*, CV 10-786-PHX-JAT, the Court failed to specify whether the Tenth Claim was retained or remanded.

For the reasons set forth in that Order,

**IT IS ORDERED** that the Motion to Remand Certain Claims (Doc. 475) is granted such that claim 10 of *Beebe* remains with the undersigned as part of the MDL.

**IT IS FURTHER ORDERED** that MERS shall file a copy of this Order with the transferor court within the next two business days.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file a copy of this Order in the above captioned member case.

DATED this 30th day of March, 2011.

_____
James A. Teilborg
United States District Judge

I hereby attest and certify on 3-30-11 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By_____ Deputy