**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NICOLE C. BEEBE, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-cv-02379-RLH-LRL |
| | ) **O R D E R** |
| LITTON LOAN SERVICING, LP, et al., | ) |
| Defendants. | ) |

Before the court is The Law Office of Jacob Hafter & Associates' Motion for Leave to Withdraw as Counsel of Record (#25). For good cause shown,

IT IS ORDERED that the motion (#25) is granted.

IT IS FURTHER ORDERED that plaintiff Nicole C. Beebe shall have until August 19, 2011 to retain new counsel. Not later than **August 19, 2011**, either plaintiff's new counsel shall file a notice of appearance, or plaintiff shall file a status memorandum explaining why she has not retained new counsel

DATED this 18th day of July, 2011.

_/s/ Leavitt_
_____
**LAWRENCE R. LEAVITT
UNITED STATES MAGISTRATE JUDGE**